UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

September 19, 2017

No. 17-1056

JOSHIM UDDIN,

Petitioner

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA,

Respondent

(Agency No. 208-059-346)

Present: GREENAWAY, JR., SHWARTZ and RENDELL, Circuit Judges

1. Motion by Respondent to Amend Opinion dated September 6, 2017.

Respectfully,
Clerk/tmm

_____ORDER_____

The foregoing motion is granted.

The opinion at page 20, first paragraph, last sentence which reads:

"As long as the agency finds as a matter of fact that the allegedly terroristic acts were authorized by party leaders, we review that determination for clear error." is amended to read instead:

"As long as the agency finds as a matter of fact that the allegedly terroristic acts were authorized by party leaders, we will accept that finding if supported by substantial evidence."

An amended opinion will be issued. As this change does not alter the Court's disposition, judgment entered by the Court will not be amended.

By the Court,


s/MARJORIE O. RENDELL
Circuit Judge

Dated: September 25, 2017
tmm/cc: Visuvanathan Rudrakumaran, Esq.
Daniel I. Smulow, Esq.